UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA BROOKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:17-CV-981 (CEJ) |
| THE CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED** that Counts II, III, and V of the complaint are **dismissed** for failure to state a claim.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2017.