# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

CHRISTINA BROOKS, on behalf of all )
Beneficiaries, pursuant to Section 537.080, )
RSMo., )
        )
        Plaintiff, )
        )
vs. )   Case No.: 4:17-cv-00981-RLW
        )
THE CITY OF ST. LOUIS, *et al.*, )
        )
        Defendants. )

## MOTION FOR THE APPOINTMENT OF NEXT FRIEND

COMES NOW Cecilia Perry, the petitioner herein, and requests appointment as the Next Friend of minors D.B.(1), D.B.(2), D.B.(3), and D.B.(4). In support of this motion, Cecilia Perry states as follows:

1.      D.B.(1), D.B.(2), D.B.(3), and D.B.(4) are the natural children of the decedent in this action, DeJuan Brison, and have standing to sue for his death, pursuant to § 537.080.1, RSMo.

2.      D.B.(1), D.B.(2), D.B.(3), and D.B.(4) are all minor children, under the age of fourteen. D.B.(1) is 11 years old. D.B.(2) is 8 years old. D.B.(3) is 11 years old. D.B.(4) is 10 years old.

3.      I am the grand-aunt of all four minor children and, as their grand-aunt, have an interest in their welfare and will act in their best interests in pursuing this cause of action.

4.      D.B.(1) and D.B.(2) reside with their natural mother, Tamika Leonard, who has been notified of the motion made herein and, per below, has consented to my acting as the Next Friend for her natural children in this action.

1

5.       D.B.(3) and D.B.(4) reside with their natural mother, Deona White, who has been notified of the motion made herein and, per below, has consented to my acting as Next Friend for her natural children in this action.

CECILIA PERRY

Signed: _____        Dated: 2/4/19

Address:    118 Hollow Brook Dr.
            Florissant, MO 63034

## CONSENT TO ACT AS NEXT FRIEND

I, Tamika Leonard, the natural mother of D.B.(1) and D.B.(2), both minors under the age of fourteen who reside with me, do hereby consent to the appointment of Cecilia Perry to act as Next Friend on behalf of D.B.(1) and D.B.(2), in the above-styled action.

TAMIKA LEONARD

Signed: _____        Dated: 2-3-19

Address:    34 Jonell Ct
            St. Louis, Mo 63114

## CONSENT TO ACT AS NEXT FRIEND

I, Deona White, the natural mother of D.B.(3) and D.B.(4), both minors under the age of fourteen who reside with me, do hereby consent to the appointment of Cecilia Perry to act as Next Friend on behalf of D.B.(3) and D.B.(4), in the above-styled action.

DEONA WHITE

Signed: _____        Dated: 2-4-19

Address:    6563 Jesse Jackson
            St Louis Mo 63121

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of February, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Todd R. Nissenholtz