UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CECELIA PERRY, et al., on behalf of all Beneficiaries, pursuant to Section 537.080,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ST. LOUIS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)  No. 4:17CV-981 RLW<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Reply to Defendant City of Jennings' Affirmative Defenses (ECF No. 197). Therein, Plaintiffs state that they "deny each and every allegation set forth in Defendant City of Jennings' Affirmative Defenses." Further, "Plaintiffs pray that Defendant City of Jennings' Affirmative Defenses listed in its Answer to Plaintiffs' Second Amended Complaint be denied and dismissed."

Rule 7(a) provides that only the following pleadings are allowed: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered Plaintiffs to file a reply to Defendant City of Jennings' Affirmative Defenses. Therefore, the Court strikes Plaintiffs' Reply to Defendant City of Jennings' Affirmative Defenses (ECF No. 197) because this pleading is not provided for under the federal rules. In the event that Plaintiffs were seeking other relief, as indicated by praying that the Court "den[y] and dismiss[]" Defendant City of Jennings' Affirmative Defenses listed in its Answer to Plaintiffs' Second Amended Complaint, then Plaintiffs must refile this document as a motion in compliance with the federal rules, *e.g.*, Fed. R.

Civ. P. 7(b).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Reply to Defendant City of Jennings' Affirmative Defenses (ECF No. 197) is **STRICKEN**.

Dated this 9th day of February, 2022.

*Ronnie L. White*

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE