# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA BROOKS, on behalf of all Beneficiaries, pursuant to Section 537.080, ) ) ) | |
| Plaintiff, ) ) | Cause No: 4:17-cv-00981-CEJ |
| vs. ) ) | |
| THE CITY OF ST. LOUIS, et al., ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following was forwarded via email in Word format to all counsel of record:

1. Plaintiff Christina Brooks's First Set of Interrogatories Directed to Defendant The City of St. Louis;

2. Plaintiff Christina Brooks's First Request for Production of Documents Directed to Defendant The City of St. Louis;

3. Plaintiff Christina Brooks's First Set of Interrogatories Directed to Defendant The City of Jennings Detention Center; and

4. Plaintiff Christina Brooks's First Request for Production of Documents Directed to Defendant The City of Jennings Detention Center

on this 25th day of July, 2017.

Respectfully submitted,

/s/ Todd R. Nissenholtz
Todd R. Nissenholtz, #55049MO
COFMAN & TOWNSLEY, L.L.P.
200 S. Hanley Road, Suite 1070
St. Louis, Missouri 63105
314.621.2005
314.621.3118 (facsimile)
tn@cofmantownsley.com

2

and

Jerryl T. Christmas, #45370MO
JERRYL T. CHRISTMAS & ASS., L.L.C.
6101 Delmar Blvd. Suite A
St. Louis, MO 63112
314-361-2500
314-361-2525 Fax
christmaslaw@yahoo.com

*Attorneys for Plaintiff*