**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CECELIA PERRY, et al., on behalf of all beneficiaries pursuant to Section 537.080, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF ST. LOUIS, et al., <br><br> Defendants. | Case No.: 4:17-cv-00981-RLW <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

COME NOW Plaintiffs Cecilia Perry, et al., on behalf of all beneficiaries pursuant to Section 537.080, RSMo., and Defendants The City of St. Loius and Jermanda Adams and, pursuant to the Court's September 23, 2022 Memorandum and Order, provide the following Joint Status Report regarding settlement discussions:

The parties have reached an agreement in principal regarding a resolution of Plaintiffs' claims against Defendants. Per this agreement, Plaintiffs, without opposition from Defendants, will be filing a third amended complaint, by or before Wednesday, November 16, 2022. After amending the complaint the parties plan to engage in binding arbitration in order to fully resolve their claims. Given that Plaintiffs will be filing a third amended petition, the parties ask that the Court continue to stay this case and all ruling on motions directed at the Second Amended Petition until this can be accomplished. Plaintiffs will be withdrawing their pending motion for sanctions and ask that the Court refrain from ruling on that motion as well.

Respectfully submitted,

| | |
|---|---|
| */s/ Todd R. Nissenholtz* | */s/ Andrew D. Wheaton* |
| Todd R. Nissenholtz, $55049MO | Andrew D. Wheaton |
| COFMAN TOWNSLEY, LLP | SHEENA HAMILTON CITY COUNSELOR |
| 200 South Hanley Road, Suite 1070 | Associate City Counselor |
| St. Louis, MO 63105 | City Hall, Room 314 |
| Phone: 314.621.2005 | St. Louis, MO 63103 |
| Fax:    314.621.3118 | 314.622.3361 |
| tn@cofmantownsley.com | Fax: 314.622.4956 |
| | wheatona@stlouis-mo.gov |
| and | |
| | *Attorneys for Defendants The City of St. Louis and Jermanda Adams* |
| Jerryl T. Christmas, #45370MO | |
| JERRYL T. CHRISTMAS & ASSOC., LLC | |
| 6101 Delmar Blvd., Suite A | |
| St. Louis, MO 63112 | |
| Phone: 314.361.2500 | |
| Fax:    314.361.2525 | |
| christmaslaw@yahoo.com | |

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2022, the foregoing pleading was filed with the Clerk of Court using the Court's electronic filing system and was served by operation of the same on the counsel of record for all parties to this action.

*/s/ Todd R. Nissenholtz*
