# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CECILIA PERRY, *et al.*, on Behalf of All Beneficiaries, Pursuant to §537.080, RSMo.,    )<br>    )<br>    Plaintiffs,    )<br>v.    )<br>    )<br>THE CITY OF ST. LOUIS, *et al.*,    )<br>    )<br>    Defendants.    ) | Cause No: 4:17-CV-00981-RLW |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiffs Cecilia Perry, *et al*., and Defendants The City of St. Louis and Jermanda Adams and hereby jointly notify the Court that they have reached a settlement in principle of all claims against the City of St. Louis and Jermanda Adams in this case. The parties' agreement, once finalized and executed, will require the dismissal with prejudice of all remaining claims against the City of St. Louis and Jermanda Adams in this case.

WHEREFORE Plaintiffs Cecilia Perry, *et al*., and Defendants The City of St. Louis and Jermanda Adams jointly pray for an order from the Court staying this action in its entirety, including but not limited to all rulings on all pending motions and all existing briefing and pre-trial deadlines, until the parties finalize and execute their settlement agreement and the Court approves it.

*/s/ Andrew D. Wheaton*  
Andrew D. Wheaton, #65269MO  
Associate City Counselor  
City Hall, Room 314  
St. Louis, MO 63103  
Phone: 314.622.3361  
wheatona@stlouis-mo.gov  

*Attorney for City of St. Louis Defendants*

*/s/ Todd R. Nissenholtz*  
Todd R. Nissenholtz, #55049MO  
COFMAN TOWNSLEY, L.L.P.  
200 South Hanley Road, Suite 1070  
St. Louis, MO 63105  
Phone: 314.621.2005  
Fax:     314.621.3118  
tn@cofmantownsley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 18, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on counsel of record for all parties to this action.

                                                          */s/ Todd R. Nissenholtz*