UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CECELIA PERRY, et al., on behalf of all Beneficiaries, pursuant to Section 537.080, | ) ) ) |
| Plaintiff, | ) ) No. 4:17CV-981 RLW |
| v. | ) ) ) |
| CITY OF ST. LOUIS, et al., | ) ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel (ECF No. 278) that this action has been settled as to Defendant The City of St. Louis and Defendant Jermanda Adams,

**IT IS HEREBY ORDERED** that the pending Plaintiffs' Motion to Reopen and Reverse the Summary Judgment in favor of Defendant Jermanda Adams and for Sanctions against Defendants The City of St. Louis and Jermanda Adams (ECF No. 213), Defendants' Motion for Summary Judgment (ECF No. 219), and Defendants' Motion to Exclude the Testimony of Dr. A.E. Daniel in part (ECF No. 226) are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the December 19, 2022 trial date is **VACATED**.

**IT IS FINALLY ORDERED** that all counsel for shall file a Motion for Approval of Settlement no later than **December 2, 2022**. Counsel shall contact chambers no later than **November 28, 2022** to schedule a hearing for approval of settlement.. **Failure to comply timely with this order will result in the dismissal of this action with prejudice.**

Dated this 21st day of November, 2022.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE